UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARLEY-DAVIDSON MOTOR COMPANY, INC.<br><br>Plaintiff,<br><br>-v-<br><br>RICHARD PROCHOV, MICHELE PROCHOV, and JOHN DOES 1-5,<br><br>Defendants. | 26-cv-4766 (JSR)<br><br><u>ORDER</u> |

JED S. RAKOFF, U.S.D.J.:

The parties having stipulated to the entry of a permanent injunction resolving all pending claims against defendants, the Court hereby respectfully directs the Clerk of Court to enter final judgment and to close the case.

SO ORDERED.

New York, NY
July 24, 2026

JED S. RAKOFF, U.S.D.J.