**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
HARLEY-DAVIDSON MOTOR COMPANY, INC.

Plaintiff,

-against-

26 **CIVIL** 4766 (JSR)

# JUDGMENT

RICHARD PROCHOV, MICHELE PROCHOV, and JOHN DOES 1-5,

Defendants.
---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 24, 2026, the parties having stipulated to the entry of a permanent injunction resolving all pending claims against defendants. Final judgment is entered; accordingly, the case is closed.

**Dated:** New York, New York

July 28, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**